# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __RR__
DEPUTY

| Reynaldo V. Lujan | ) |
|---|---|
|  | ) |
|  | ) Civil Action No. 5:23-CV-00013-DAE |
| City of San Antonio | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Court GRANTS the City's Motion to Dismiss Pursuant to Rule 12(c) and/or Motion for Summary Judgment Pursuant to Rule 56. The motion to dismiss pursuant to Rule 12(c) is GRANTED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Ezra

Date: June 11, 2025

*CLERK OF COURT* PHILIP J. DEVLIN

*Rose Rodriguez*
*Signature of Clerk or Deputy Clerk*